UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------
In Re:                                    )    Chapter: 7
                                          )
AMBER L. AUSTIN                           )    Case No.: 14-50402 ahws
         Debtor.         )
                                          )
------------------------------------------------
SANDRA STEWART           )
         Movant,                          )
                                          )
vs.                                       )
                                          )
AMBER L. AUSTIN                           )
         DEBTOR                           )    MAY 8, 2014

## MOTION OF SANDRA STEWART FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

And now comes Sandra Stewart, by and through her counsel, RisCassi and Davis, P.C., and makes this Motion for Relief from Stay as follows:

1.      The jurisdiction of the Bankruptcy Court over this proceeding comes pursuant to 11 U.S.C. §362, and other applicable sections of the Bankruptcy Reform Act, as amended by the 2006 Bankruptcy and Federal Judiciary Act, or any applicable bankruptcy rule.

2.      The Movant has a personal injury claim for money damages against the Debtor, Amber L. Austin, which arose out of physical injuries sustained by the Movant in an automobile accident occurring on August 27, 2012.

3. A petition for bankruptcy under 11 U.S.C. Chapter 7 was filed by the Debtor in case number 14-50402 ahws on March 20, 2014.

4. On or about May 31, 2013, the Movant filed a lawsuit against the Debtor, which is currently pending in the Superior Court of the State of Connecticut, for the Judicial District of Waterbury, UWY-CV-13-6020041S.

5. Upon information and belief, this Debtor has liability insurance under a policy with Metropolitan Property & Casualty Ins. Co., which covers this occurrence.

6. An Order lifting the Stay is needed to permit the Judicial District of Waterbury to proceed.

7. The Movant believes that the granting of relief from stay in this case will not impede the Debtor from concluding and continuing with her confirmed Chapter 7 plan.

8. The Movant asserts that she is requesting this Court to grant this Motion for Relief from Stay in order to allow the Judicial District of Waterbury to move forward with and render a liability decision on any negligence proceedings arising from the incident of August 27, 2012.

9. The Movant acknowledges that this Court's lifting of the Stay will not authorize any specific distribution of non-exempt property of the estate unless such distribution is specifically approved by a subsequent Motion to the Bankruptcy Court.

**WHEREFORE**, the undersigned counsel respectfully requests this Honorable Court to issue an Order modifying the Automatic Stay so that the Judicial District of Waterbury Superior Court can proceed against the Debtor.

Respectfully submitted,

Paul M. Iannaccone
Attorney for Creditor, Sandra Stewart
RISCASSI AND DAVIS, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06106
(860) 522-1196

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, by first-class mail, postage prepaid, to all counsel and pro se parties of record as listed below and as per the attached Schedule A list, on the above date:

George C. Tzepos, Esq.
Law Offices of George C. Tzepos, Esq.
444 Middlebury Road
Middlebury, CT 06762

Bankruptcy Trustee
Richard M. Coan
Coan Lewendon Gulliver & Miltenberger, LL
495 Orange Street
New Haven, CT 06511

Paul M. Iannaccone

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------
In Re:                              )    Chapter: 7
                                    )
AMBER L. AUSTIN                     )    Case No.: 14-50402 ahws
        Debtor.                     )
                                    )
------------------------------------------------
SANDRA STEWART                      )
        Movant,                     )
                                    )
vs.                                 )
                                    )
AMBER L. AUSTIN                     )
        DEBTOR                      )    MAY 8, 2014
```

### ORDER GRANTING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Following notice and a hearing, see Bankruptcy Code Section 102(1)(A) on Sandra Stewart's (hereinafter, the "Movant") Motion for Relief From Stay (hereinafter, the "Motion"), ECF No. 111,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S.C. § 362(a) is hereby modified pursuant to 11 U.S.C. § 362(d) to permit the Movant, and/or her successors and assigns, to commence, continue and prosecute to judgment a personal injury action and otherwise exercise her rights, if any, in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the 14-day stay afforded by Fed. R. Bankr. P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

RISCASSI & DAVIS, P. C.   •   ATTORNEYS-AT-LAW   •   131 OAK STREET   •   P. O. BOX 261557   •   HARTFORD, CT 06126-1557   •   (860) 522-1196

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| In Re: ) | Chapter: 7 |
| ) | |
| AMBER L. AUSTIN ) | Case No.: 14-50402 ahws |
|     Debtor. ) | |
| ) | |
| --- | |
| SANDRA STEWART ) | |
|     Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMBER L. AUSTIN ) | |
|     DEBTOR ) | MAY 8, 2014 |

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing documents listed below were mailed, by first-class mail, postage prepaid, to all creditors, as listed on the attached Schedule A (1 pg), on May 8, 2014.

Motion of Sandra Stewart for Relief From Stay Under Section 362 of the Bankruptcy Code
Order Granting Motion for Relief From the Automatic Stay

CREDITOR, SANDRA STEWART

BY _____
Paul M. Iannaccone
Attorney for Creditor
RISCASSI & DAVIS, P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0205-5<br>Case 14-50402<br>District of Connecticut<br>Bridgeport<br>Wed May  7 14:14:20 EDT 2014 | Bridgeport<br>915 Lafayette Blvd<br>Bridgeport, CT 06604-4706 | Ally<br>PO Box 78234<br>Phoenix, AZ 85062-8234 |
| CHIF<br>Connecticut Housing Investment<br>121 Tremont St<br>Hartford, CT 06105-2590 | City Of Waterbury<br>Tax Collector<br>235 Grand St<br>Waterbury, CT 06702-1915 | Clinical Laboratory Partners,<br>P O Box 415525<br>Boston, MA 02241-5525 |
| Gap / GECRB<br>PO Box 530942<br>Atlanta, GA 30353-0942 | General R E Holding LLC C/O<br>Christopher Winans, Esq<br>100 Mill Plain Rd 4th Fl<br>Danbury, CT 06811-5178 | Goodwin College<br>1 Riverside Dr<br>East Hartford, CT 06118-1837 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Housing Development Fund C/O<br>Wofsey Rosen Kweskin & Kurians<br>600 Summer St<br>Stamford, CT 06901-1490 | Housing Development Fund, Inc.<br>South Tower Plaza<br>100 Prospect St Ste 101<br>Stamford, CT 06901-1696 |
| Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Leading Edge Recovery Solution<br>5440 N Cumberland Ave Ste 300<br>Chicago, IL 60656-1486 | National Recovery<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Sandra Stewart C/O<br>Riscassi & Davis PC<br>PO Box 261557<br>Hartford, CT 06126-1557 | Savings Bank Of Danbury<br>35 West St<br>Danbury, CT 06810-7825 | Sears<br>PO Box 183081<br>Columbus, OH 43218-3081 |
| U S Dept Of Ed - GL<br>PO Box 7859<br>Madison, WI 53707-7859 | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510-2022 | US Dept Of ED / GLELSI<br>P O Box 7860<br>Madison, WI 53707-7860 |
| Amber L. Austin<br>49 E Shore Rd<br>Morris, CT 06763-1310 | George C. Tzepos<br>Law Offices of George C. Tzepos<br>444 Middlebury Road<br>Middlebury, CT 06762-2501 | Richard M. Coan<br>Coan Lewendon Gulliver & Miltenberger LL<br>495 Orange Street<br>New Haven, CT 06511-3809 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Honda Financial<br>American Honda Finance Corpora<br>PO Box 7829<br>Philadelphia, PA 19101-7829 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |